**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 1 6 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
BY       DISTRICT OF MARYLAND
                              DEPUTY

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | : <br> : <br> : <br>———————————————————————— x <br> : |
| This Document Relates To: | : <br> : |
| Law Firm of Ashcraft & Gerel | : <br> : |
| **United States District Court,**<br>**District of Maryland** | : <br> : <br> : |
| EDWARDS, Jeremiah, Estate of, HM88-3282<br>by Lou Alice Prioleau, Personal Representative | : <br> : |
| GILES, Clarence, et ux., JFM89-199 | : <br>———————————————————— x |
| Law Firm of Ashcraft & Gerel | : <br> : |
| **United States District Court,**<br>**District of Columbia** | : <br> : <br> : |
| BUTLER, William, 88-10925 | : <br> : |
| DELL'ANGELO, Armando, et ux., 88-10925 | : <br> : |
| MENNA, Gus, et al., 88-10925 | : <br> : |
| STEVENS, Stewart R., Estate of, 90-0700<br>by Edith Stevens, Personal Representative | : <br>———————————————————— x |

Civil Action No. MDL 875

**ORDER**

Upon having considered Plaintiffs' Motion to Amend by Interlineation the Paper Entitled

"Motion to Enforce Settlement for Prejudgment Interest and Costs" so as to add a Party

Defendant, G-I Holdings, Inc., and having also considered the response of the Defendants, if any,

and argument of counsel for the respective parties,

It is this _18th_ day of _December_, _2000_, by the United States

District Court for the Eastern District of Pennsylvania,

**ORDERED** Plaintiffs' Motion to Amend is granted and G-I Holdings, Inc., is hereby

added as an additional Defendant, both of which Defendants are subject to further Order of The

Court.

_____
Judge

Charles R. Weiner

Copies to:

P:\Dml\LAYTOND\General\12.15.00-2OrderDistrictCourt .wpd